CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

May 20, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **LAMARE S. JENNINGS,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:26cv00055** |
| | ) | |
| **v.** | ) | **MEMORANDUM OPINION** |
| | ) | |
| **KEVIN MCCOY, et al.,** | ) | **By:  Robert S. Ballou** |
| **Defendants.** | ) | **United States District Judge** |

Lamare S. Jennings, a Virginia inmate proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983 against three individuals employed at or associated with the River North Correctional Center (RNCC).  Jennings, who has food allergies and follows a religious diet, seeks to hold defendants responsible for injuries he allegedly suffered while confined at RNCC.  The case is presently before the court on Jennings' Motion for Preliminary Injunction, requesting the Court "to issue an order for Preliminary Injunction against [Defendants] … to provide Jennings with meals that are alternative to his allergies to 'peanut butter,' shellfish." ECF No. 4 at 4-1.  For the following reasons, the motion is denied as moot.

Jennings filed a notice of change of address with the Court on February 23, 2026, indicating that he had been moved to Keen Mountain Correctional Center.  "[A]s a general rule, a prisoner's transfer or release from a particular prison [or jail] moots his claim for injunctive … relief with respect to his incarceration there."  *Rendelman v. Rouse*, 569 F.3d 182, 186 (4th Cir. 2009); *Firewalker-Fields v. Lee*, 58 F.4th 104, 113-114 (4th Cir. 2023).  "The reasoning for finding mootness in such a context are clear."  *Incumaa v. Ozmint*, 507 F.3d 281, 287 (4th Cir. 2007).  Once an inmate is removed from the challenged environment, he "has no further need for such … injunctive relief, for he is free of the policy or practice that provoked his lawsuit in the first place."  *Id*.

Accordingly, I will deny his motion for preliminary injunction.  A separate order will be entered this day.

Enter:  May 20, 2026

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge